MARILYN KLINGER (STATE BAR NO.83508)
marilyn.klinger@sedgwicklaw.com
KEVIN P. GILLILAND (STATE BAR NO.286331)
kevin.gilliland@sedgwicklaw.com
SEDGWICK LLP
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213.426.6900
Facsimile: 213.426.6921

JS-6

Attorneys for The Hanover Insurance Company

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:14-cv-06106-GW-PJW<br><br>**ORDER PURSUANT TO STIPULATION RE DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation between Plaintiff The Hanover Insurance Company ("Hanover") and Defendant the United States of America (the "United States") (collectively, the "Parties"), IT IS HEREBY ORDERED that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). All future hearing dates are vacated.

DATED: July  20 , 2015

HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE

20442933v1

1